KARL S. HALL
Reno City Attorney
HOLLY S. PARKER
Deputy City Attorney
Nevada State Bar No. 10181
parkerh@reno.gov
PETER K. KEEGAN
Deputy City Attorney
Nevada State Bar No. 12237
keeganp@reno.gov
Post Office Box 1900
Reno, Nevada 89505
(775) 334-2050
*Attorneys for Defendants City of Reno and Terry West*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TYLER WOOLLEY,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSEPH WELCH, JACOB SMILEY, ERIC KERN, TERRY WEST, STOREY COUNTY, a political subdivision of the State of Nevada, THE CITY OF RENO, a political subdivision of the State of Nevada,<br><br>  Defendants. | CASE NO.: 3:25-cv-00191-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Plaintiff Tyler Woolley ("Plaintiff"), by and through his attorneys, and Defendants City of Reno ("City") and Terry West ("West") (collectively, "City Defendants"), by and through their attorneys, stipulate that the City Defendants shall have through June 20, 2025 to file their responses under Fed. R. Civ. P. 12 to Plaintiff's Complaint (ECF No. 1). This is the first request for an extension of time to respond to the Complaint in this matter. The parties stipulate to the extension

to allow City Defendants to review materials and investigate the extensive substantive allegations in the Complaint (ECF No. 1), which identify numerous law enforcement officers. The additional time will allow City Defendants to better and more accurately respond to the Complaint (ECF No. 1).

DATED this 16th day of May, 2025.                         DATED this 16th day of May, 2025.

                                                          KARL S. HALL
                                                          Reno City Attorney

By:   /s/ Kenneth E. Lyon, III                            By:   /s/  Holly S. Parker
  KENNETH E. LYON, III                                      HOLLY S. PARKER
  Law Offices of Kenneth E. Lyon, III                       Deputy City Attorney
  333 Flint Street                                          PETER K. KEEGAN
  Reno, Nevada 89501                                        Deputy City Attorney
  *Attorneys for Plaintiff*                                 Post Office Box 1900
                                                            Reno, Nevada 89505
                                                            *Attorneys for Defendants City of Reno
                                                            and Terry West*

           IT IS SO ORDERED.

           Dated this  16th  day of May, 2025.

                                                  _____
                                                  UNITED STATES MAGISTRATE JUDGE